**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-8113**

———————

JAMES PALMER PARKER,

 Petitioner - Appellant,

 versus

MICHAEL T. BELL,

 Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-01-176-BO)

———————

Submitted:  March 14, 2002          Decided:  March 25, 2002

———————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

James Palmer Parker, Appellant Pro Se.  Clarence Joe DelForge, III,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Palmer Parker appeals the district court's order granting the Respondent's motion for summary judgment and denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Parker v. Bell, No. CA-01-176-BO (E.D.N.C. Nov. 13, 2001).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent that Parker raises claims in his informal brief that were not properly presented to the district court, we note that he cannot raise them for the first time on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).